Filed 3/13/25  P. v. Lopez CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Placer)

----

| | |
|---|---|
| THE PEOPLE, | C100210 |
| Plaintiff and Respondent, | (Super. Ct. Nos. 62-179296A, 62-192483) |
| v. | |
| ALVARO LOPEZ, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Alvaro Lopez filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.) Finding no arguable error that would result in a disposition more favorable to Lopez, we will affirm the judgment.

BACKGROUND

*A.     Placer County Superior Court, case No. 62-192483 (case No. 483)*

On June 28, 2023, around 3:00 in the morning, law enforcement searched a truck that Lopez was driving.   Inside the rear compartment of the truck, they found a light gray

1

backpack, and inside that backpack they found a "meth pipe," two "baggies" of methamphetamine, and a third "baggie" of methamphetamine that was colored blue. They also found approximately 50 empty "baggies." In total, law enforcement found approximately 50 grams of methamphetamine.

The People charged Lopez with one count of transporting methamphetamine for the purpose of sale (Health & Saf. Code, § 11379, subd. (a)), felony possession of methamphetamine (Health & Saf. Code, § 11378), misdemeanor possession of a smoking device (Health & Saf. Code, § 11364, subd. (a)), and petty theft (Pen. Code, § 488). The information was later amended to include an allegation that Lopez was on probation at the time of the offense as an aggravating factor.

Lopez pled no contest to transporting methamphetamine (Health & Saf. Code, § 11379, subd. (a)) and admitted he was on probation at the time he committed the offense. In exchange for his plea, the People moved to dismiss the remaining charges. The court granted the People's motion.

B.      *Placer County Superior Court, case No. 62-179296 (case No. 296)*

On April 17, 2021, Lopez, along with another person, agreed to go into a retail store and place "bar tags that were worth $27" on nail guns that were actually worth "$238."

The People charged Lopez with conspiracy to commit shoplifting (Pen. Code, §§ 182, subd. (a)(1), 459.5), possession of a controlled substance (Health & Saf. Code, § 11377, subd. (a)), and misdemeanor possession of drug paraphernalia (Health & Saf. Code, § 11364, subd. (a)). Lopez pled no contest to conspiracy to commit shoplifting (Pen. Code, § 182, subd. (a)(1)).

C.      *Sentencing*

Lopez agreed to a single sentence to resolve case Nos. 483 and 296. The court sentenced him in accordance with his plea agreement: the upper term of four years in case No. 483 and a consecutive term of eight months in case No. 296. Lopez would serve

his sentence in county jail.  The court also awarded Lopez 257 days of custody credit and ordered him to pay the mandatory fines and fees in each case.

Lopez appealed the judgment and was granted a certificate of probable cause.

DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende*, *supra*, 25 Cal.3d 436.)  Lopez was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed.  More than 30 days have elapsed, and Lopez has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable error that is favorable to Lopez.  Accordingly, we will affirm the judgment.

DISPOSITION

The judgment is affirmed.

_____/s/_____
EARL, P. J.

We concur:

_____/s/_____
DUARTE, J.

_____/s/_____
BOULWARE EURIE, J.